Sheet1 | Sheet2 | Sheet3

CASE NUMBER:23-57360
SARA M. MOORE

CreditorName

Specialized Loan Servicing, LLC
PO Box 4500
Springfield, OH 45501

Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306

Direct Auto Insurance
PO Box 8941
Cleveland, OH 441001-6431

Verizon Wireless
PO Box 16810
Newark, NJ 0

Gas South
PO Box 530552
Atlanta, GA 30353-0552

Georgia Power
96 Annex
Atlanta, GA 30396

Capital One
PO Box 71087
Charlotte, NC 28272-1087

Internal Revenue Service
P O Box 480, Stop 660
Holtsville, NY 11742-0480

Georgia Department of Revenue
Taxpayer Servics Division
P O Box 740321
Atlanta, Georgia 30374-021



FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2023 AUG -8  PM 3:44

VANIA S. ALLEN
CLERK
BY: Raihard Smith
DEPUTY CLERK

AMR
Global Medical Response
P O Box 8723
Coral Springs, FL 33075-8723

Grady Hospital
P O Box 934958
Atlanta, GA 31193-4958

DeKalb Medical Emory Healthcare
P O Box 100062
Atlanta, GA 30348-0062

City of Decatur Property Tax
Lockbox
P O Box 945650
Atlanta, GA 30394-5650

DeKalb County Tax Commissioner
Collections Division
PO Box 117545
Atlanta, GA 30368-7545

Target Card Services
3901 West 53rd Street
Sioux Falls, SD 57106-4216

5409 CUBESMART GA SCOTTDALE
3103 North Decatur Road
Scottdale, GA 30079

Avondale Mini Storage
3111 Church Street
Scottdale, GA 30079